Kerry C. Fowler (State Bar No. 228982)
kcfowler@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA  90071.2300
Telephone:  213.243.2792
Facsimile:   213.243.2539

Brianne J. Kendall (State Bar No. 287669)
bkendall@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:  949.851.3939
Facsimile:   949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS,
INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERI JOCSON, FE JOCSON individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DIAMOND RESORTS INTERNATIONAL CLUB, INC. dba DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC dba DIAMOND RESORTS FINANCIAL SERVICES, INC., EXPERIAN INFORMATION SOLUTIONS, INC. and DOES 1 through 10, inclusive, <br><br> Defendants. | **Case No. 2:18-cv-10604-AB-JEM** <br> Honorable Andre Birotte, Jr. <br><br> **THIRD JOINT STATUS REPORT** <br><br> Complaint filed:  December 21, 2018 <br><br> Next report due:    March 20, 2020 |

**TO THE COURT:**

Plaintiffs Neri Jocson and Fe Jocson ("Plaintiffs"), defendant Diamond International Club, Inc. ("Diamond"), and defendant Experian Information Solutions, Inc. ("Experian"), by and through their counsel of record, submit their third 90-day joint status report to update the Court on the status of arbitration pursuant to the Court's order dated March 28, 2019.  (ECF No. 28.)

Following the Court's order compelling Plaintiffs' dispute against Diamond to arbitration, Plaintiffs opened an arbitration file with JAMS.  Diamond has responded to Plaintiffs' arbitration demand, and the parties are currently in the process of exchanging information pursuant to Rule 13 of JAMS Streamlined Arbitration Rules & Procedures.  The deadline for fact discovery is January 13, 2020; and the arbitration hearing is set for February 14 and 15, 2020.

Experian is not a party to the arbitration.

\* \* \*

Pursuant to L.R. 5-4.3.4(a)(2)(i), Brianne Kendall attests that Amir Goldstein and Patricia Brum concur in the filing's content and have authorized the filing.

1

Dated:  December 23, 2019                    JONES DAY

                                            */s/ Brianne J. Kendall*
                                            Brianne J. Kendall
                                            3161 Michelson Drive, Suite 800
                                            Irvine, CA  92612.4408
                                            Telephone:  949.851.3939
                                            Facsimile:    949.553.7539
                                            Email: bkendall@jonesday.com
                                            *Attorneys for Defendant Experian*
                                            *Information Solutions, Inc.*

Dated:  December 23, 2019                    LAW OFFICES OF AMIR J. GOLDSTEIN

                                            */s/ Amir J. Goldstein*
                                            Amir J. Goldstein
                                            8032 West Third Street Suite 201
                                            Los Angeles, CA 90048
                                            Telephone: 323-937-0400
                                            Fax: 866-288-9194
                                            Email: ajg@consumercounselgroup.com
                                            *Attorneys for Plaintiffs Neri and Fe Jocson*

Dated:  December 23, 2019                    SNELL AND WILMER LLP

                                            */s/ Patricia Brum*
                                            Patricia Brum
                                            350 South Grand Avenue, Suite 3100
                                            Los Angeles, CA 90071
                                            Telephone: 213-929-2500
                                            Fax: 213-929-2525
                                            Email: pbrum@swlaw.com
                                            *Attorneys for Defendant Diamond Resorts*
                                            *International Club, Inc.*

NAI-1510492616v1